THE METROPOLITAN CONCERT COMPANY (Limited), Respondent, *v.* HENRY E. ABBEY et al., Appellants.

(Argued January 30, 1883 ; decided February 9, 1883.)

*William F. Howe* for appellants.

*John S. Davenport* for respondent.

Agree to affirm. No opinion.
All concur.
Order affirmed.

---

MARGARET SARVENT et al., Respondents, *v.* EDWARD D. HESDRA, Impleaded, etc., Appellant.

(Submitted January 30, 1883 ; decided February 9, 1883.)

REPORTED below (26 Hun, 550).

*Quentin McAdam* for appellant.

*Dorsheimer, Bacon & Deyo* for respondents.

Agree to affirm. No opinion.
All concur.
Order affirmed.